**Dismiss and Opinion Filed April 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00971-CV

### SARAH MARIE SMITH, Appellant
### V.
### JOHN MICHAEL SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51420-2013**

## MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Bridges

The clerk's record in this appeal is overdue and has not been filed because appellant has failed to pay or make arrangements to pay for it. Appellant has also failed to show she is entitled to proceed without advance payment of costs or otherwise communicate with the Court. She has been given more than forty-five days to make payment arrangements or show she is entitled to proceed without pre-payment, and she has been cautioned that failure to do either would result in dismissal of the appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Accordingly, we dismiss the appeal. *See id.* 42.3(b),(c).

|  |  |
|---|---|
|  | /David L. Bridges/ |
|  | DAVID L. BRIDGES |
|  | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SARAH MARIE SMITH, Appellant

No. 05-13-00971-CV          V.

JOHN MICHAEL SMITH, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-51420-2013.
Opinion delivered by Justice Bridges.
Justices O'Neill and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee John Michael Smith recover his costs, if any, of this appeal from appellant Sarah Marie Smith.

Judgment entered April 23, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE